
1  SCHIFFRIN BARROWAY
     TOPAZ & KESSLER, LLP
2  Alan R. Plutzik, Of Counsel (Bar No. 077785)
   Nichole T. Browning (Bar No. 251937)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5  
   -and-
6  
   Eric L. Zagar (Bar No. 250519)
   Tara P. Kao
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9  ezagar@sbtklaw.com
   tkao@sbtklaw.com
10 
   Co-Lead Counsel for Plaintiffs
11

12
13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                         SAN JOSE DIVISION

16 | In re ATMEL CORPORATION DERIVATIVE LITIGATION | Master File No. CV 06-4592-JF |
17 | | [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES |
18 | This Document Related To: | |
19 | All Actions | |

---

28 ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE CASES
   MASTER FILE NO. 06-4592 JF

1 | The derivative case, *McWeeny (on behalf of Atmel Corporation) v. Perlegos, et al.*, Case
2 | No. C08-01031 PVT, filed on February 20, 2008, which involves questions of law or fact similar to
3 | those contained in the above-captioned action are consolidated for all purposes under the caption *In*
4 | *re Atmel Corporation Derivative Litigation*, Master File No. CV 06-4592-JF.

5 | **SO ORDERED.**

6 | Date: 2/28 ,2008

7 | THE HONORABLE JEREMY FOGEL
  | UNITED STATES DISTRICT COURT JUDGE

28 | [PROPOSE] ORDER TO RELATE AND CONSOLIDATE CASES
   | MASTER FILE NO. 06-4592 JF