**\*\*E-filed 3/24/08\*\***

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PATRICK MCWEENY,**

    **Plaintiff,**

    **v.**

**GEORGE PERLEGOS,**

    **Defendants.**

_____

**No. C-08-1031-JF**

**Clerks's Notice**

**To: All Counsel and Parties in the above named action.**

**Due to a recent reassignment in this matter, the Court has scheduled a Case Management Conference before Judge Jeremy Fogel. The new hearing date is Friday, June 13, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 3/24/08**　　　　　　　　　　　**For the Court,**
　　　　　　　　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　**Diana Munz**
　　　　　　　　　　　　　　　　　　　　**electronic signature**
　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**