UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PATRICK MCWEENY,

    Plaintiff,

    v.

GEORGE PERLEGOS,

    Defendants.

No. C-08-1031-JF

Clerks's Notice
Vacating Hearing

To: All Counsel and Parties in the above named action.

The Case Management Conference set before Judge Jeremy Fogel for hearing on June 13, 2008 is vacated.

Dated: 4/3/08

For the Court,
Richard W. Wieking, Clerk
/s/
Diana Munz, Courtroom Deputy