1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   mtorpey@orrick.com
2  KAREN J. STAMBAUGH (STATE BAR NO. 244918)
   kstambaugh@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Defendant
7  MICHAEL ROSS

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN JOSE DIVISION
11

12
   PATRICK McWEENY, derivatively on       Case No. C08-01031-JF
13 behalf of ATMEL CORPORATION,
                                          **NOTICE OF APPEARANCE**
14             Plaintiff,

15      v.

16 GEORGE PERLEGOS, GUST PERLEGOS,
17 T. PETER THOMAS, CHAIHO KIM,
   PIERRE FOUGERE, NORMAN T. HALL,
18 TSUNGCHING WU, KRIS CHELLAM,
19 JACK PECKHAM, DONALD COLVIN,
   MIKES N. SISOIS, B. JEFFREY KATZ,
20 FRANCIS BARTON, GRAHAM TURNER,
   BERNARD PRUNIAUX, STEVEN
21 SCHUMANN, and MIKE ROSS,

22             Defendants,
         and
23 ATMEL CORPORATION,
24             Nominal Defendant.
25
   This Document Relates To:
26
               ALL ACTIONS.
27

28

OHS West:260457074.1

NOTICE OF APPEARANCE
CASE NO. CV-06-04592-JF

1   **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2       PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the

3   counsel of record for Defendant Michael Ross in the above-captioned matter. In addition to

4   Karen J. Stambaugh, Michael D. Torpey will also be appearing on behalf of Defendant Michael

5   Ross and hereby requests that all notices given or required to be given, and all papers filed or

6   served or required to be served in the above-captioned matter, be provided to and served upon:

7       Michael D. Torpey                              Email: *mtorpey@orrick.com*
    Orrick, Herrington & Sutcliffe LLP
8       The Orrick Building
    405 Howard Street
9       San Francisco, CA 94105-2669
    Telephone:   415-773-5700
10      Facsimile:    415-773-5759

11

12  Dated: June 16, 2008                                         ORRICK, HERRINGTON & SUTCLIFFE LLP

13

14                                                                 /s/ Michael D. Torpey

15                                                                 MICHAEL D. TORPEY
                                                               KAREN J. STAMBAUGH
16                                                                Attorneys for Defendant
                                                                  Michael Ross

17

18

19

20

21

22

23

24

25

26

27

28