1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   mtorpey@orrick.com
2  KAREN J. STAMBAUGH (STATE BAR NO. 244918)
   kstambaugh@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Defendant
7  MICHAEL ROSS

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   PATRICK McWEENY, derivatively on        Case No.  C08-01031-JF
13 behalf of ATMEL CORPORATION,
                                           **NOTICE OF APPEARANCE**
14         Plaintiff,

15    v.

16 GEORGE PERLEGOS, GUST PERLEGOS,
17 T. PETER THOMAS, CHAIHO KIM,
   PIERRE FOUGERE, NORMAN T. HALL,
18 TSUNGCHING WU, KRIS CHELLAM,
19 JACK PECKHAM, DONALD COLVIN,
   MIKES N. SISOIS, B. JEFFREY KATZ,
20 FRANCIS BARTON, GRAHAM TURNER,
   BERNARD PRUNIAUX, STEVEN
21 SCHUMANN, and MIKE ROSS,

22         Defendants,
       and
23 ATMEL CORPORATION,

24         Nominal Defendant.
25
   This Document Relates To:
26
         ALL ACTIONS.
27

28

OHS West:260457076.1

NOTICE OF APPEARANCE
CASE NO. CV-06-04592-JF

1  **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2     PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the
3  counsel of record for Defendant Michael Ross in the above-captioned matter. In addition to
4  Michael D. Torpey, Karen J. Stambaugh will also be appearing on behalf of Defendant Michael
5  Ross and hereby requests that all notices given or required to be given, and all papers filed or
6  served or required to be served in the above-captioned matter, be provided to and served upon:

7  Karen J. Stambaugh                    Email: *kstambaugh@orrick.com*
   Orrick, Herrington & Sutcliffe LLP
8  The Orrick Building
   405 Howard Street
9  San Francisco, CA 94105-2669
   Telephone:   415-773-5700
10 Facsimile:   415-773-5759

11

12 Dated: June 16, 2008                  ORRICK, HERRINGTON & SUTCLIFFE LLP

13

14                                       /s/ Karen J. Stambaugh

15                                       MICHAEL D. TORPEY
                                         KAREN J. STAMBAUGH
16                                       Attorneys for Defendant
                                         Michael Ross

17

OHS West:260457076.1

NOTICE OF APPEARANCE
CASE NO. CV-06-04592-JF