JOHN L. COOPER (State Bar No. 050324)
   jcooper@fbm.com
GRACE K. WON (State Bar No. 178258)
   gwon@fbm.com
JESSICA K. NALL (State Bar No. 215149)
   jnall@fbm.com
PAUL A. ALSDORF (State Bar No. 241168)
   palsdorf@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
GEORGE PERLEGOS and GUST PERLEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK McWEENY, derivatively on behalf of ATMEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE PERLEGOS, GUST PERLEGOS, T. PETER THOMAS, CHAIHO KIM, PIERRE FOUGERE, NORMAN T. HALL, TSUNGCHING WU, KRIS CHELLAM, JACK PECKHAM, DONALD COLVIN, MIKES N. SISOIS, B. JEFFREY KATZ, FRANCIS BARTON, GRAHAM TURNER, BERNARD PRUNIAUX, STEVEN SCHUMANN, and MIKE ROSS,<br><br>Defendants,<br><br>and<br><br>ATMEL CORPORATION,<br><br>Nominal Defendant.<br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C 08-01031-JF<br><br>**NOTICE OF APPEARANCE** |

1   **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2   　　　　PLEASE TAKE NOTICE that the law firm of Farella Braun + Martel LLP is the counsel

3   of record for Defendants George Perlegos and Gust Perlegos in the above-captioned matter.  John

4   L. Cooper, Grace K. Won, Jessica K. Nall, and Paul A. Alsdorf will be appearing on behalf of

5   Defendants George Perlegos and Gust Perlegos and hereby request that all notices given or

6   required to be given, and all papers filed or served or required to be served in the above-captioned

7   matter, be provided to and served upon:

8   　　　　John L. Cooper
　　　　　jcooper@fbm.com
9   　　　　Grace K. Won
　　　　　gwon@fbm.com
10  　　　　Jessica K. Nall
　　　　　jnall@fbm.com
11  　　　　Paul A. Alsdorf
　　　　　palsdorf@fbm.com
12  　　　　Farella Braun + Martel LLP
　　　　235 Montgomery Street, 17th Floor
13  　　　　San Francisco, CA 94104
　　　　Telephone: (415) 954-4400
14  　　　　Facsimile: (415) 954-4480

15

16

17  DATED: June 19, 2008　　　　　　　　　　FARELLA BRAUN & MARTEL LLP

18

19  　　　　　　　　　　　　　　　　　　By:_____/s/ John L. Cooper_____
　　　　　　　　　　　　　　　　　　　　　John L. Cooper

20
　　　　　　　　　　　　　　　　　　Attorney for Defendants
21  　　　　　　　　　　　　　　　　　　GEORGE PERLEGOS and GUST PERLEGOS

22

23

24

25

26

27

28