JOHN L. COOPER (State Bar No. 050324)
  jcooper@fbm.com
GRACE K. WON (State Bar No. 178258)
  gwon@fbm.com
JESSICA K. NALL (State Bar No. 215149)
  jnall@fbm.com
PAUL A. ALSDORF (State Bar No. 241168)
  palsdorf@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
GEORGE PERLEGOS and GUST PERLEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK McWEENY, derivatively on behalf of ATMEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE PERLEGOS, GUST PERLEGOS, T. PETER THOMAS, CHAIHO KIM, PIERRE FOUGERE, NORMAN T. HALL, TSUNGCHING WU, KRIS CHELLAM, JACK PECKHAM, DONALD COLVIN, MIKES N. SISOIS, B. JEFFREY KATZ, FRANCIS BARTON, GRAHAM TURNER, BERNARD PRUNIAUX, STEVEN SCHUMANN, and MIKE ROSS,<br><br>Defendants,<br><br>and<br><br>ATMEL CORPORATION,<br><br>Nominal Defendant. | Case No. C 08-01031-JF<br><br>**CERTIFICATE OF SERVICE** |

This Document Relates To:

ALL ACTIONS.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

21296\1617622.1

**PROOF OF SERVICE**

1

2    I, Jocelyn Yunzal, declare:

3    I am a citizen of the United States and employed in San Francisco County, California. I

4    am over the age of eighteen years and not a party to the within-entitled action. My business

5    address is Russ Building, 17th floor, 235 Montgomery Street, San Francisco, California 94104.

6    On, June 19, 2008, I served the following document(s):

7    **NOTICE OF APPEARANCE**

8

9    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
     fully prepaid, in the United States mail at San Francisco, California addressed as
10   set forth below.

11   Eric L. Zagar
     Schiffrin Barroway Topaz and Kessler LLP
12   280 King of Prussia Road
     Radnor, PA 19087
13

14   ☐    State: I certify and declare under penalty of perjury under the laws of the State of
     California that the foregoing is true and correct.
15

16   ☒    Federal: I declare that I am in the office of a member of the bar of this court at
     whose direction this service was made.
17

18

19   Executed on June 19, 2008, at San Francisco, California.

20

21   _____
     Jocelyn Yunzal

22

23

24

25

26

27

28