| | |
|---|---|
| 1 | FRANCIS M. GREGOREK (144785) |
| | gregorek@whafh.com |
| 2 | BETSY C. MANIFOLD (182450) |
| | manifold@whafh.com |
| 3 | RACHELE R. RICKERT (190634) |
| | rickert@whafh.com |
| 4 | WOLF HALDENSTEIN ADLER |
| |   FREEMAN & HERZ LLP |
| 5 | 750 B Street, Suite 2770 |
| | San Diego, CA 92101 |
| 6 | Telephone: 619/239-4599 |
| | Facsimile:  619/234-4599 |
| 7 | |
| 8 | Co- Lead Counsel for Plaintiffs |
| 9 | [Additional counsel appear on signature page] |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | PATRICK McWEENY, derivatively on behalf of ATMEL CORPORATION | ) ) Case No. C08-01031-JF |
| 14 | | ) |
| 15 | Plaintiff, | ) ) |
| 16 | v. | ) **NOTICE OF APPEARANCE** |
| 17 | GEORGE PERLEGOS, GUST PERLEGOS, T. PETER THOMAS, CHAIHO KIM, | ) ) |
| 18 | PIERRE FOUGERE, NORMAN T. HALL, TSUNGCHING WU, KRIS CHELLAM, | ) ) |
| 19 | JACK PECKHAM, DONALD COLVIN, MIKES N. SISOIS, B. JEFFREY KATZ, | ) ) |
| 20 | FRANCIS BARTON, GRAHAM TURNER, BERNARD PRUNIAUX, STEVEN | ) ) |
| 21 | SCHUMANN, and MIKE ROSS, | ) ) |
| 22 | Defendants, | ) ) |
| 23 | and ATMEL CORPORATION, | ) ) |
| 24 | | ) |
| 25 | Nominal Defendant. | ) |
| 26 | This Document Relates To: | ) ) |
| 27 | ALL ACTIONS | ) ) |
| 28 | | ) |

NOTICE OF APPEARANCE – CASE NO. C08-01031-JF

1  TO:    THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

2     PLEASE TAKE NOTICE that Francis M. Gregorek, Betsy C. Manifold, and Rachele R. Rickert of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP hereby enter their appearance as additional counsel for Plaintiffs James Juengling, Kenneth Kelly, Anthony A. Noble and Patrick McWeeny in *McWeeny v. Perlegos, et al.*, Case No. C08-01031 JF and respectfully request that all related pleadings and documents be served upon Wolf Haldenstein Adler Freeman & Herz LLP, as follows:

> Francis M. Gregorek
> Betsy C. Manifold
> Rachele R. Rickert
> WOLF HALDENSTEIN ADLER
>   FREEMAN & HERZ LLP
> 750 B Street, Suite 2770
> San Diego, CA 92101
> Telephone: 619/239-4599
> Facsimile: 619/234-4599
> Email: gregorek@whafh.com
>        manifold@whafh.com
>        rickert@whafh.com

DATED: June 19, 2008

Respectfully submitted,

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

/s/ Betsy C. Manifold
_____
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
ERIC LECHTZIN
TARA P. KAO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile: 610/667-7056

Co-Lead Counsel for Plaintiffs

ATMEL: 16132.not

NOTICE OF APPEARANCE – CASE NO. C08-01031-JF

- 1 -

- 2 -

## DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; and that declarant's business address is 750 B Street, Suite 2770, San Diego, California, 92101.

2. That on June 19, 2008, declarant served

**NOTICE OF APPEARANCE**

via CM/ECF to the parties listed on the attached service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June 2008, at San Diego, California.

_____
MARTA STASIK

ATMEL CORPORATION
Service List -- September 27, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

Eric L. Zagar
Eric Lechtzin
Tara Kao
SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)
ezagar@sbclasslaw.com
tkao@sbtklaw.com

Nichole T. Browning
SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
    925/945-0770
    925/945-8792 (fax)
nbrowning@sbtklaw.com

Co-Lead Counsel for Plaintiffs Anthony A. Noble James Juengling, Kenneth Kelley and Patrick McWeeny

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER &
  BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792
aplutzik@bramsonplutzik.com
kschofield@bramsonplutzik.com
ltfisher@bramsonplutzik.com

Attorneys for Plaintiffs


COUNSEL FOR DEFENDANTS

Darryl P. Rains
Kenneth A. Kuwayti
Brian L. Levine
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
    650/813-5600
    650/494-0792 (fax)
drains@mofo.com
kkuwayti@mofo.com
blevine@mofo.com

Attorneys for Defendants Graham Turner, Steven Laub, Kris Chellam, Jack Peckham, Donald Colvin, B. Jeffrey Katz, Francis Barton, T. Peter Thomas, Chaiho Kim, David Sugushita and Pierre Fougere and Nominal Defendant Atmel Corporation

John L. Cooper
Robert C. Holtzapple
Jessica K. Nall
FARELLA BRAUN + MARTELL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
    415/954-4400
    415/954-4480 (fax)
jcooper@fbm.com

Attorneys for Defendants Gust Perlegos and George Perlegos

ATMEL CORPORATION
Service List -- September 27, 2006
Page 2

COUNSEL FOR DEFENDANTS

James L. Pagano
Ian A. Kass
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, CA 95112-5572
    408/999-5678
    408/999-5684 (fax)
paganolaw@aol.com

Attorney for Defendant Mikes Sisois


Michael D. Torpey
Karen J. Stambaugh
Erin L. Bansal
W. Reece Bader
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
    415/773-5700
    415/773-5759 (fax)
kstambaugh@orrick.com
mtorpey@orrick.com
ebansal@orrick.com
wrbader@orrick.com

Attorneys for Defendant Michael Ross





*