1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   mtorpey@orrick.com
2  KAREN J. STAMBAUGH (STATE BAR NO. 244918)
   kstambaugh@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    415-773-5700
   Facsimile:    415-773-5759
6
   Attorneys for Defendant
7  J. Michael Ross

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12

13  PATRICK McWEENY, derivatively on           Master File No. C08-01031-JF
    behalf of ATMEL CORPORATION,
14                                             DERIVATIVE ACTION
               Plaintiff,
15                                             J. MICHAEL ROSS' NOTICE OF
          v.                                   JOINDER AND JOINDER IN ATMEL
16                                             CORPORATION'S MOTION TO
    GEORGE PERLEGOS, GUST PERLEGOS,            DISMISS COMPLAINT FOR FAILURE
17  T. PETER THOMAS, CHAIHO KIM,               TO COMPLY WITH RULES 23.1 AND
    PIERRE FOUGERE, NORMAN T. HALL,            12(b)(6)
18  TSUNG-CHING WU, KRIS CHELLAM,
    JACK PECKHAM, DONALD COLVIN,               Date:       August 8, 2008
19  MIKES N. SISOIS, B. JEFFREY KATZ,          Time:       9:00 a.m.
    FRANCIS BARTON, GRAHAM TURNER,             Judge:      Hon. Jeremy Fogel
20  BERNARD PRUNIAUX, STEVEN                   Courtroom:  3
    SCHUMANN, and MIKE ROSS,
21
               Defendants,
22
          and
23
    ATMEL CORPORATION,
24
    Nominal Defendant.
25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that defendant J. Michael Ross hereby joins in the motion to dismiss filed by nominal defendant Atmel Corporation and individual defendants Francis Barton, Kris Chellam, Donald Colvin, Pierre Fougere, Norman T. Hall, Jeffrey Katz, Chaiho Kim, Jack Peckham, Bernard Pruniaux, Steven Schumann, Peter Thomas, Graham Turner, and Tsung-Ching Wu.

Dated: July 1, 2008

MICHAEL D. TORPEY
KAREN J. STAMBAUGH
Orrick, Herrington & Sutcliffe LLP

        */s/ Karen J. Stambaugh*
KAREN J. STAMBAUGH
Attorneys for Defendant
J. Michael Ross

OHS West:260465234.1

JOINDER OF J. MICHAEL ROSS IN ATMEL'S MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH RULES 23.1 AND 12(b)(6)
MASTER FILE C08-01031-JF