| | |
|---|---|
| 1 | FRANCIS M. GREGOREK (144785) |
|   | gregorek@whafh.com |
| 2 | BETSY C. MANIFOLD (182450) |
|   | manifold@whafh.com |
| 3 | RACHELE R. RICKERT (190634) |
|   | rickert@whafh.com |
| 4 | MARISA C. LIVESAY (223247) |
|   | livesay@whafh.com |
| 5 | WOLF HALDENSTEIN ADLER |
|   |   FREEMAN & HERZ LLP |
| 6 | 750 B Street, Suite 2770 |
|   | San Diego, CA 92101 |
| 7 | Telephone: 619/239-4599 |
|   | Facsimile:  619/234-4599 |
| 8 | |
| 9 | ERIC L. ZAGAR (250519) |
|   | ezagar@sbtklaw.com |
| 10 | NICHOLE BROWNING (251937) |
|   | nbrowning@sbtklaw.com |
| 11 | TARA P. KAO |
|   | tkao@sbtklaw.com |
| 12 | SCHIFFRIN BARROWAY TOPAZ |
|   |   & KESSLER, LLP |
| 13 | 280 King of Prussia Road |
|   | Radnor, PA 19087 |
| 14 | Telephone:  610/667-7706 |
|   | Facsimile:   610/667-7056 |
| 15 | |
| 16 | Co- Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re ATMEL CORPORATION DERIVATIVE LITIGATION | ) ) ) ) | Master File No. 06-4592 JF (HRL) |
| | | DERIVATIVE ACTION |
| _____ | ) ) | **DECLARATION OF SERVICE** |
| This Document Relates To: | ) ) | |
| *McWEENY* Action (C08-01031-JF) | ) ) ) ) | DATE:  August 8, 2008<br>TIME:   9:00 a.m.<br>CTRM:  3, 5th Floor<br>JUDGE: Hon. Jeremy Fogel |
| _____ | | |

DECLARATION OF SERVICE - MASTER FILE NO. 06-4592 JF (HRL)

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on July 2, 2008, declarant served:

> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 23.1 AND 12(b)(6); AND IN THE ALTERNATIVE, CROSS-MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS FROM THE DOCKET**
>
> **DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 23.1 AND 12(b)(6); AND IN THE ALTERNATIVE, CROSS-MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS FROM THE DOCKET**
>
> **[PROPOSED] ORDER IN SUPPORT OF CROSS-MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS FROM THE DOCKET**

via the CM/ECF system to the parties as indicated on the service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July 2008, at San Diego, California.

_____
MARTA STASIK

ATMEL:16172.DECL

DECLARATION OF SERVICE - MASTER FILE NO. 06-4592 JF (HRL)

-1-

ATMEL CORPORATION
Service List -- September 27, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

Eric L. Zagar
Eric Lechtzin
Tara Kao
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)
ezagar@sbclasslaw.com
tkao@sbtklaw.com

Counsel for Plaintiff Anthony A. Noble

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792
aplutzik@bramsonplutzik.com
kschofield@bramsonplutzik.com
ltfisher@bramsonplutzik.com

Attorneys for Plaintiffs James Juengling
and Kenneth Kelley

COUNSEL FOR DEFENDANTS

Darryl P. Rains
Kenneth A. Kuwayti
Brian L. Levine
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
    650/813-5600
    650/494-0792 (fax)
drains@mofo.com
kkuwayti@mofo.com
blevine@mofo.com

Attorneys for Defendants Graham Turner,
Steven Laub, Kris Chellam, Jack Peckham,
Donald Colvin, B. Jeffrey Katz, Francis
Barton, T. Peter Thomas, Chaiho Kim,
David Sugushita and Pierre Fougere and
Nominal Defendant Atmel Corporation

John L. Cooper
Robert C. Holtzapple
Jessica K. Nall
FARELLA BRAUN + MARTELL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
    415/954-4400
    415/954-4480 (fax)
jcooper@fbm.com

Attorneys for Defendants Gust Perlegos and
George Perlegos

James L. Pagano
Ian A. Kass
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, CA 95112-5572
    408/999-5678
    408/999-5684 (fax)
paganolaw@aol.com

Attorney for Defendant Mikes Sisois

ATMEL CORPORATION
Service List -- September 27, 2006
Page 2

COUNSEL FOR DEFENDANTS

Michael D. Torpey
Karen J. Stambaugh
Erin L. Bansal
W. Reece Bader
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
	415/773-5700
	415/773-5759 (fax)
kstambaugh@orrick.com
mtorpey@orrick.com
ebansal@orrick.com
wrbader@orrick.com

Attorneys for Defendant Michael Ross

*